IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JONATHAN KENT SWAIM, | * |
| | * |
| Plaintiff, | * |
| vs. | *  No. 4:19-cv-00158-SWW |
| | * |
| | * |
| FARMERS INSURANCE | * |
| COMPANY, INC., and JOHN DOES 1-3, | * |
| | * |
| Defendants. | * |

## ORDER

Pursuant to the joint stipulation of dismissal [doc.#8], this action is dismissed with prejudice.

IT IS SO ORDERED this 16th day of July 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE